AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 MAR 26  PM 2:44

CLERK

BY _CDC_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

District of Vermont

|  |  |
|---|---|
| United States of America | ) |
| v. | ) |
| JOSE IGNACIO DE LA CRUZ DE LA ROSA, a/k/a "Nacho," | ) ) Case No. 226-cr-19-1 |
|  | ) |
|  | ) |
| _____ | ) |
| *Defendant* |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Jose Ignacio De La Cruz De La Rosa, _____,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ❑ Complaint

❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

Conspired to bring/transport aliens to the U.S. in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

Knowingly brought alien to U.S. in violation of 8 U.S.C. §§ 1324(a)(2) and 1324(a)(2)(B)(ii); 18 U.S.C. § 2.

Conspired to produce false identity documents in violation of 18 U.S.C. §§ 1028(f) & 1028(b)(1)(A)(ii).

Knowingly produced false identity documents in violation of 18 U.S.C. §§ 1028(a)(1), 1028(b)(1)(A)(ii), 1028(c)(3), and 1028(f); 18 U.S.C. § 2.

Date:     02/19/2026                                _____Lisa Wright_____
                                                              *Issuing officer's signature*

City and state:     Burlington, VT                   _Lisa Wright Deputy Clerk_
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _2/19/26_ , and the person was arrested on *(date)* _3/26/26_ at *(city and state)* _Essex, VT_ . |
| Date:  _3/26/26_                                      _____ *Arresting officer's signature*  _Carl Staley SDUSM_ *Printed name and title* |

On    behalf   of   CBP