AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT

2026 APR -2 AM 9: 35

for the

District of Vermont

CLERK

BY_____

DEPUTY CLERK

United States of America

v.

ARMANDO PAULINO ESTUDILLO,

_____

*Defendant*

)
)
)
)
)
)
)

Case No. 2:26-CR-19-2

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Armando Paulino Estudillo, _____ ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspired to bring/transport aliens to the U.S. in violation of 8 U.S.C. §§ 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

Knowingly brought alien to U.S. in violation of 8 U.S.C. §§ 1324(a)(2) and 1324(a)(2)(B)(ii); 18 U.S.C. § 2.

Date:    02/19/2026

_____
*Issuing officer's signature*

City and state:    Burlington, VT _____

Lisa Wright, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  2/19/26  , and the person was arrested on *(date)*  3/1/26  at *(city and state)*  Lancaster, NH  .

Date:  4/1/26 _____

_____
*Arresting officer's signature*

Carl Staley  SDusm
*Printed name and title* |

On behalf CBP